HENRY GLICKMAN, Respondent, v. THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. FINN, Appellant, v. WILLIAM F. SCHNEIDER, as Clerk of New York County, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. GERBRACH, Appellant, v. WILLIAM F. SCHNEIDER, as Clerk of New York County, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MARY A. COHNFELD, Appellant, v. HETTY SYLVIA A. H. GREEN, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of DAVID LEEF, Respondent, for Leave to Sue on the Bond of EDWARD A. LITTAUER, etc. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ANNIE ORLOFF, Respondent, v. DORA LICHTENSTEIN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CHARLES N. BRIZSE, Respondent, v. FREDERICK J. LISMAN and Others, as Copartners, etc., Appellants. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in the order. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.; Dowling and Smith, JJ., dissented.

In the Matter of the Application of CANDEE, SMITH & HOWLAND COMPANY, Respondent, to Secure an Order for the Continuance of a Mechanic's Lien against Certain Real Property in the Borough of Manhattan, City of New York. TIMES SQUARE IMPROVEMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.